

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 12, 2020

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   ***United States v. Jason Tinsley*, 20 Mag. 2788**

Dear Judge McCarthy:

The Government writes to respectfully request that the Court unseal the above-referenced Complaint, 20 Mag. 2788, and related arrest warrant for Defendant Jason Tinsley, as I have been advised that the Defendant has been arrested.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   /s/ David R. Felton
David R. Felton
Assistant United States Attorney
Tel: (914) 993-1908

SO ORDERED:

_____
HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE

3-12-2020